UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAMIRET B. DAVIS,

    Petitioner,

v.                                                Case No: 6:17-cv-1477-Orl-28GJK

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This cause comes before the Court on review of the case file.

On October 8, 2019, the Court ordered that, within thirty days, "each party shall file a status report updating the Court on the status of the case and advising the Court how to proceed. If either party believes the Court should continue the stay, an explanation shall be provided." (Doc. 8 at 1-2.) On November 13, 2019, the Court granted the parties' joint motion for extension of time to file the status report and granted the withdrawal of one of Petitioner's counsel of record. (Doc. 11.) The Court subsequently granted leave for Petitioner's remaining counsel to withdraw. (Doc. 13 at 1.) Petitioner was "cautioned that, although he is proceeding *pro se*, he is subject to the relevant law and rules of court, and his failure to comply could result in sanctions, including the dismissal of his claims." (*Id.* at 1-2.)

The parties' extended deadline has now passed and neither party has filed the ordered status report. Upon consideration of the circumstances, including the

withdrawal of Petitioner's counsel, it is **ORDERED** that the parties have **THIRTY (30) DAYS** from the date of this Order to file the status reports in compliance with the Court's October 8, 2019 Order (Doc. 8.) The parties' failure to comply may result in sanctions, including but not limited to the reopening or dismissal of the case.

**DONE** and **ORDERED** in Orlando, Florida on January 16th, 2020.

JOHN ANTOON II
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties
OrlP-4 1/15